JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. DELCI, | Case No. 2:24-cv-07531-MRA-PD |
| Petitioner, | **JUDGMENT** |
| v. | |
| ROBERTO A. ARIAS, | |
| Respondent. | |

Pursuant to the Order Dismissing Action for Failure to Prosecute, JUDGMENT IS HEREBY entered dismissing the action without prejudice.

Dated: February 28, 2025

_____
Hon. Mónica Ramírez Almadani
United States District Judge